| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| DAVID AND TERRI GAUTHIER, *d/b/a* GRACE PLAZA,<br><br>Plaintiffs,<br><br>*versus*<br><br>SAFECO INSURANCE COMPANY OF AMERICA, *d/b/a* FIRST NATIONAL INSURANCE COMPANY OF AMERICA *and/or* AMERICAN STATES INSURANCE COMPANY, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 1:10-CV-543<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Referral Order entered on September 9, 2010. On August 4, 2011, this case was reassigned to United States Magistrate Judge Zack Hawthorn. The court has received and considered the report of the United States magistrate judge, who recommends that the court enter judgment pursuant to settlement upon receipt of closing papers from Plaintiffs and Defendant Safeco Insurance Company of America.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 12th day of September, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE